Printed: 07/28/10 05:16 PM

# Claims Distribution Small Checks

Page: 1

**Trustee: CAROLYN L. CAMARDO (660050)**

**Case:** 09-74756 - HARGIS, DAVID N.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 5566 | 111 | 07/28/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $3.13 |
| | | 21 | 05/10/10 | 610 | Verizon Wireless | 97.24 | 97.24 | 3.13 | 3.13 |
| | | | | | PO Box 3397 | | | | |
| | | | | | Bloomington, IL 61702-3397 | | | | |

(*) Denotes objection to Amount Filed